# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KING, | CV F- 04-5998 AWI DLB P |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT USM-285 FORMS |
| v. | |
| CAPTAIN SEDELY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Pending before the Court is the amended complaint, filed July 22, 2004. The complaint appears to state a cognizable claim for failure to protect plaintiff from risk of serious harm in violation of the Eighth Amendment. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Sedely, Diego, Padilla and Butts.
2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed July 22, 2004.
3. Within TWENTY (20) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

|    |    |                                                                                          |
|----|----|------------------------------------------------------------------------------------------|
| 1  |    | Court with the following documents:                                                      |
| 2  |    | a.     Completed summons;                                                                |
| 3  |    | b.     One completed USM-285 form for each defendant listed above; and                   |
| 4  |    | c.     Five (5) copies of the endorsed complaint filed July 22, 2004.                    |
| 5  | 4. | Plaintiff need not attempt service on Defendant and need not request waiver of           |
| 6  |    | service.  Upon receipt of the above-described documents, the court will direct the       |
| 7  |    | United States Marshal to serve the above-named Defendant pursuant to Federal Rule        |
| 8  |    | of Civil Procedure 4 without payment of costs.                                           |
| 9  | 5. | <u>The failure to comply with this Order will result in a Recommendation that this action |
| 10 |    | be dismissed.</u>                                                                        |

IT IS SO ORDERED.

    **Dated:**   **October 5, 2006**                          **/s/ Dennis L. Beck**
3c0hj8                                                           UNITED STATES MAGISTRATE JUDGE